STATE OF NEW JERSEY v. WILLIE LEE BROWN.

June 21, 1978. Petition for certification granted. (See 157 *N. J. Super.* 110)

STATE OF NEW JERSEY v. CLIFTON GREENE.

June 21, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. DWIGHT MASON.

June 21, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. VERGEAL GUY.

June 21, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. ELAINE WRIGHT.

June 21, 1978. Petition for certification granted.

WILLIAM C. D'IPPOLITO v.
PATRICIA DIANNE CARPENTER.

June 21, 1978. Petition for certification denied.